IN THE SUPREME COURT OF THE STATE OF NEVADA

 LEVERN ALLEN, No. 62851
 Appellant,
 vs.
 THE STATE OF NEVADA,
 Respondent. FILED
 JUN 0 3 2013
 MAC E r's LINDEMAN
 (LE " 0• SUP - EMECO
 BY III- pp .
 '
 'kgA.
 RK
 ORDER DISMISSING APPEAL

 This is an appeal from a district court order partially denying
 appellant's post-conviction petition for a writ of habeas corpus. Eighth
 Judicial District Court, Clark County; Michael Villani, Judge.
 We lack jurisdiction to consider this appeal because the order
 is not a final order resolving all claims raised in the petition. See Mann v.
 State, 118 Nev. 351, 356-57, 46 P.3d 1228, 1231-32 (2002). Therefore, we
 ORDER this appeal DISMISSED.

 J. J.
 Douglas Saitta

 cc: Hon. Michael Villani, District Judge
 Sandra L. Stewart
 Attorney General/Carson City
 Clark County District Attorney
 Eighth District Court Clerk
 Levern Allen
 SUPREME COURT
 OF
 NEVADA

 (0) 1947A 1 3-1Lo n1
EffellEMOM -t41.1 , . - P J--k77411-ifiLla2.